NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELISSA AMANDA GARCIA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>XPO LOGISTICS FREIGHT, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01481-FWS-MRW<br><br>Judge Hon. Fred W. Slaughter<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL [20]** |

///

///

///

1

      Having reviewed and considered the Stipulated Request for Dismissal [20] (the "Stipulation"), the files and records of the case, the applicable law, and for good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

      The above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety as to all parties and all claims for relief, with each party bearing that party's own attorney's fees and costs.

      **IT IS SO ORDERED**.

Dated: January 30, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE